**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 314 EAL 2020

              Respondent                  :

                                       :   Petition for Allowance of Appeal

                                       :   from the Order of the Superior Court

              v.                         :

                                       :

BRAHEEM MORGAN,                     :

                                       :

                 Petitioner                 :

## ORDER

**PER CURIAM**

      **AND NOW**, this 26th day of February, 2021, the Petition for Allowance of Appeal is **DENIED**.